# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Silas Braxton, | Case No.: 2:20-cv-00381-RGK-MRW |
| Plaintiff, | *Hon. R. Gary Klausner* |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE  [27]** |
| Treasure Franchise Company, LLC, a Delaware Limited Liability Corporation; and Does 1-10, | Action Filed:  January 14, 2020<br>Trial Date:    Not on Calendar |
| Defendants. | |

///
///
///
///
///
///
///
///
///
///

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Silas Braxton's ("Plaintiff") action against Defendant Treasure Franchise Company, LLC ("Defendants") is dismissed with prejudice. Each party will be responsible for their own fees and costs.

Dated: October 22, 2020

Hon. R. Gary Klausner
United States District Judge
Central District of California

ORDER FOR DISMISSAL WITH PREJUDICE